Joseph Bakhos Esq,
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PLUMBING AND INDUSTRIAL SUPPLY, a business entity; PLUMBING AND INDUSTRIAL SUPPLY COMPANY, a corporation; THE DUNHAM INVESTMENT PARTNERSHIP, a partnership,<br><br>　　　　Defendants | **CASE NO.: 8:21-CV-00693-CJC-ADS**<br><br><br>**JOINT STIPULATION FOR DISMISSAL** |

### **JOINT STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that this action shall be dismissed in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

///

///

1

JOINT STIPULATION OF DISMISSAL

Civil Procedure, each party to bear its own costs and fees.

**Date: 09/29/2021**          For the Plaintiff:

                                 **LAW OFFICE OF JOSEPH BAKHOS**

                                 ___/s/ Joseph Bakhos_____
                                 **JOSEPH BAKHOS, Esq.**

**Date: 09/29/2021**          For the Defendants:

                                 **LAW OFFICE OF JAMES LINK**

                                 ___/s/ James S. Link_____
                                 **JAMES S. LINK, Esq.**