JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI,<br><br>    Plaintiff,<br><br>vs.<br><br>PLUMBING AND INDUSTRIAL SUPPLY, a business entity; PLUMBING AND INDUSTRIAL SUPPLY COMPANY, a corporation; THE DUNHAM INVESTMENT PARTNERSHIP, a partnership,<br><br>    Defendants | Case No.: 8:21-cv-00693-CJC-ADS<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL |

**ORDER ON JOINT STIPULATION FOR DISMISSAL**

    The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties is hereby dismissed with prejudice with each party to bear its own cost and attorney fees.

Dated: September 30, 2021

_____
HONORABLE JUDGE OF U.S. DISTRICT COURT

1